APPELLATE COURTS OF ILLINOIS.

A. Nelson, appellee, v. John Sandberg, trading as Sandberg's Express & Storage Company, appellant. Gen. No. 28,414.

Action for damages caused by sale of goods placed in storage. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 11, 1924.

Irving G. Zazove, for appellant; Morris K. Levinson, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

J. W. Butler Paper Company, appellee, v. William H. Freund, sued as William H. Freund Company, appellant. Gen. No. 28,445.

Action for purchase price of merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Morton T. Culver, for appellant. Haight, Adcock, Haight & Harris, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Alexander Darguzis, by his next friend, Stanley Darguzis, appellee, v. Chicago Railways Company, appellant. Gen. No. 28,461.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 11, 1924.

Charles Le Roy Brown, for appellant; John R. Guilliams, Frank L. Kriete and Franklin B. Hussey, of counsel. L. J. Haigler, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

John B. Scharnach, appellant, v. Margaret Scharnach, appellee. Gen. No. 28,529.

Order modifying decree of divorce so as to award custody of child to mother. Appeal from the Circuit Court of Cook county; the Hon. Thomas Lynch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded with directions. Opinion filed June 11, 1924.

Rost & Smith and John J. Whiteside, for appellant. Louis J. Du Rocher, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.